leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 02–1202.   eWEALTH USA, INC., ET AL. *v.* LINCOLN BENE-FIT LIFE CO., INC., 538 U. S. 961;
  No. 02–7812.   RICE *v.* DOVE, WARDEN, ET AL., 537 U. S. 1198;
  No. 02–8445.   TATAII *v.* YOSHINA, 537 U. S. 1238;
  No. 02–8579.   GIEGLER *v.* JAMROG, WARDEN, 538 U. S. 930;
  No. 02–8837.   MARTINEZ *v.* NEW YORK, 538 U. S. 963;
  No. 02–9034.   HALL *v.* ROPER, SUPERINTENDENT, POTOSI COR-RECTIONAL CENTER, 538 U. S. 951; and
  No. 02–9121.   CONDIT *v.* KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER, 538 U. S. 966.   Petitions for re-hearing denied.

No. 01–10795.   BROWN *v.* CROSBY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, 537 U. S. 864.   Motion for leave to file petition for rehearing denied.

JUNE 4, 2003

No. 02–1503.   CITY OF HAWTHORNE, CALIFORNIA, ET AL. *v.* CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL ET AL.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 46.1.

JUNE 5, 2003

No. 02–10977 (02A1020).   IN RE CHARM.   Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.

No. 02–1674.   McCONNELL, UNITED STATES SENATOR, ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;
  No. 02–1675.   NATIONAL RIFLE ASSN. ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;